UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-0147-BES (RAM) |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | January 9, 2007 |
| MOHAMMED MOSHERF and SHAHBUDDIN CHISTY, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Defendants' Motion for Appointment of Counsel (Doc. #127), Applications to Proceed In Forma Pauperis (Doc. Nos. 132 and 133), and Motions to Waive all Filing Fees for Appeal and Trial Transcript Costs (Doc. Nos. 134 and 135) are DENIED as moot.  Counsel will be filing the appropriate Motions with the Ninth Circuit Court of Appeals.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk